UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In Re:

                                                 Chapter 13

                                                 Case No.

                    Debtor(s)
-------------------------------------------------------x

                    TRUSTEE'S REPORT OF UNCLAIMED DIVIDENDS

To:  THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF
      NEW YORK:

      Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend is unclaimed over 90 days from the date of issuance:

      <u>CLAIMANT NAME & LAST KNOW ADDRESS</u>      <u>AMOUNT OF DIVIDEND</u>

      Trustee check number        to your order in the sum of $        is annexed representing the total of the aforesaid unclaimed dividend.

Dated:  White Plains, New York

                                                                                 Respectfully submitted,

                                                                                 JEFFREY L. SAPIR
                                                                                 Standing Chapter 13 Trustee
                                                                                 399 Knollwood Road, Suite 102
                                                                                 White Plains, NY 10603
                                                                                 914-328-6333

12-13074-jlg    Doc 34    Filed 05/14/15    Entered 05/14/15 15:17:54    Main Document
Pg 2 of 2